**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division**

**CASE NO.:** _____

WILLIAM PICKRELL, SUSAN STOKES, MARK F. WOODARD, )
LARRY R. WRYE, MICHAEL SENECAL, & GEORGE STRIPLING )
as Trustees of the PLUMBERS & PIPEFITTERS LOCAL UNION NO. 630 )
PENSION-ANNUITY TRUST FUND, PLUMBERS & PIPEFITTERS )
LOCAL UNION NO. 630 WELFARE FUND, and PLUMBERS & )
PIPEFITTERS LOCAL UNION NO. 630 JOINT APPRENTICE & )
TRAINING TRUST FUND, )
)
    Plaintiffs, )
)
vs. )
)
ELDRED AIR CONDITIONING, INC., a Florida corporation )
)
    Defendant. )
_____/

## COMPLAINT

Plaintiffs WILLIAM PICKRELL, MARK F. WOODWARD, LARRY R. WRYE, SUSAN STOKES, MICHAEL SENECAL, and GEORGE STRIPLING as TRUSTEES OF THE PLUMBERS & PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 630 WELFARE FUND, and PLUMBERS & PIPEFITTERS LOCAL UNION NO. 630 JOINT APPRENTICE AND TRAINING TRUST FUND, (the "Trustees" or the "Funds") sue Defendant ELDRED AIR CONDITIONING, INC., (the "Defendant") as follows:

### I.  NATURE OF ACTION, JURISDICTION, AND VENUE

1. This is a delinquent contributions collection action, brought by the Trustees on behalf of the Funds, which arises under the laws of the United States that contain their own jurisdictional requirements: Sections 502 and 515 of the Employee Retirement Income

  Security Act of 1974 ("ERISA"), 29 U.S.C. §1132 and §1145.

2. Pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), venue is proper in this Court because the Trustees administer the Funds and Defendant's breach occurred in Palm Beach County, Florida.

## II. PARTIES

3. The Trustees have been at all times material hereto, trustees and fiduciaries within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).  The Funds are "employee benefit plans" and "multiemployer plans" as defined by Sections 3(3) and 3(37) of ERISA, 29 U.S.C. §1002(3) and §1002(37).

4. Upon information and belief, Defendant is Florida corporation doing business under the name ELDRED AIR CONDITIONING, INC., and has a principal business address of 13531 51st Place North, Royal Palm Beach, FL  33411.

5. Defendant is an "Employer" within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5).

## III. CAUSE OF ACTION

6. Defendant agreed to be bound and remains bound and paid contributions to the Funds pursuant to a collective bargaining agreement as it related to wage rates and contribution obligations to the Funds.

7. A true and correct copy of the most current collective bargaining agreement was previously filed in a 2018 action against Defendant and served on Defendant.  That collective bargaining agreement remains in full force and effect.

8. Defendant employed persons within the trade and territorial jurisdiction of the collective bargaining agreement and thus, became obligated to pay all fringe benefit contributions

and other payments to the Funds on a timely basis that are due to the Funds.

9. Defendant breached said agreement by failing to make full and complete payment of the fringe benefit contributions and other payments that were due to the Funds for payroll periods after February 28, 2019 and for late fees totaling $23,574.84 for the periods of October 2017 through November 2018.

10. The Trustees have been required to employ the undersigned attorneys to collect the monies that are owed by Defendant, and are obligated to pay these attorneys' reasonable attorneys' fees.

11. The Trustees have complied with all conditions precedent in bringing this suit.

**WHEREFORE**, the Trustees respectfully request that this Court enter a Judgment against Defendant, providing:

a. An award of damages for all re-imposed late fees totaling $23,574.84 for the payroll periods of October 2017 through November 2018, unpaid fringe benefit contributions for payroll periods after February 28, 2019, liquidated damages, interest; plus all reasonable attorneys' fees and costs; and,

b. Such other relief as is just and proper.

Respectfully submitted,

BY: /s/ D. Marcus Braswell, Jr.
**D. MARCUS BRASWELL, JR. (146160)**
**mbraswell@sugarmansusskind.com**
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida  33134
Tel.:    (305) 529-2801
Fax:    (305) 447-8115

**Attorneys for the Plaintiffs Trustees**

This 2nd day of April, 2019